EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Fundación Facultad de Derecho<br>Eugenio María de Hostos | 2003 TSPR 30<br><br>158 DPR ____ |

Número del Caso: MC-1996-25

Fecha: 4/marzo/2003

Fundación Facultad de Derecho Eugenio María de Hostos:

Lcdo. Federico Cedó Alzamora
Presidente de la Junta de Síndicos

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Fundación Facultad de
Derecho Eugenio María de
Hostos

MC-1996-25

**RESOLUCIÓN**

**San Juan, Puerto Rico, a 4 de marzo de 2003.**

Examinada la moción enmendando la solicitud de acreditación provisional de la Fundación Facultad Eugenio María de Hostos en la que se solicita que admitamos a sus egresados a los exámenes de reválida de Derecho General y de Derecho Notarial y de que autoricemos a sus estudiantes del curso clínico a postular en los tribunales de Puerto Rico al amparo de la regla 12(f) del reglamento de este Tribunal, 4 L.P.R.A. Ap. XXI-A R. 12, se pospone la consideración de estas dos peticiones hasta que el Comité de Acreditación nombrado por el Tribunal someta su Informe. En consecuencia, permanecen en vigor nuestras directrices emitidas en las resoluciones del 18 de febrero y 9 de marzo de 2000 en lo concerniente a la inelegibilidad de los egresados de la FFDEMH para tomar los exámenes de reválida.

**Publíquese.**

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los jueces Asociados señor Fuster Berlingeri y señor Rivera Pérez no intervinieron.


Patricia Otón Olivieri
Secretaria del Tribunal Supremo